UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AHMAD L., an Individual, | Case No. 5:24-00492 AH (ADS) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Opening Brief in Support of Complaint (Dkt. No. 11), Commissioner's Brief (Dkt. No. 14), Plaintiff's Reply Brief (Dkt. No. 15), and the Report and Recommendation of United State Magistrate Judge (Dkt. No. 18). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

///

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 18) is accepted;

2. The case is remanded for further proceedings;

3. The case is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: JANUARY 31, 2025

_____
THE HONORABLE ANNE HWANG
United States District Judge