UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD L., an Individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,[1]<br><br>　　　　　　　　　　Defendant. | Case No. 5:24-00492 AH (ADS)<br><br>ORDER GRANTING STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C., 28 U.S.C. § 2412(d) (DKT. NO. 24) |

　　　Before the Court is the parties' Stipulation for The Award And Payment Of Attorney Fees And Expenses Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d) (the "Stipulation") (Dkt. No. 24).  The Stipulation is timely and supported by sufficient and appropriately authenticated evidence to justify the fee award requested.  See 28 U.S.C. § 2412(d)(1)(B) (requiring an "itemized statement" to show "actual time

---

[1] Leland Dudek became Acting Commissioner of Social Security on February 19, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Martin O'Malley as Defendant in this suit.

expended"); <u>Carvajal v. U.S.</u>, 521 F.3d 1242, 1249 (9th Cir. 2008) (party seeking EAJA fees must show requested attorney fees are reasonable) (citing § 2412(d)(1)(A)–(B)).

The Stipulation is **GRANTED.**

IT IS SO ORDERED.

Dated: FEBRUARY 20, 2025

_____
THE HONORABLE ANNE HWANG
United States District Judge

Presented by:

      /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2